CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Jonathan C. Do, Esq. (SBN 184020)
FUSION LAW, APC
Po Box 2885
Dublin, Ca 94568
(408)287-4444
Attorney for Defendant
Fremont Blacow, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br>v.<br><br>FREMONT BLACOW LLC, a California Limited Liability Company;<br>BRIGHT DUO LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 4:21-cv-07305-PJH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 11, 2022        CENTER FOR DISABILITY ACCESS

                                                By: /s/Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

Dated: February 11, 2022        FUSION LAW, APC

                                                By: /s/Jonathan C. Do
                                                         Jonathan C. Do
                                                         Attorneys for Defendant
                                                         Fremont Blacow, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jonathan C. Do, counsel for Fremont Blacow, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 11, 2022        CENTER FOR DISABILITY ACCESS

                                                By: /s/Amanda Seabock
                                                         Amanda Seabock
                                                        Attorneys for Plaintiff